[Cite as *02/02/2004 Case Announcements*, 2004-Ohio-394.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 2, 2004*

## MOTION AND PROCEDURAL RULINGS

**1987–1879.   State v. Roe.**
Franklin App. No. 86AP–59. Upon consideration of appellant's motion for expedited stay of death sentence, appellant's motion to supplement motion for expedited stay of death sentence, and appellant's pro se motion for stay of death sentence,

IT IS ORDERED by the court that the motion to supplement be, and hereby is, granted.
F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

IT IS FURTHER ORDERED by the court that the motions for stay of death sentence be, and hereby are, denied.

[Cite as *02/03/2004 Case Announcements*, 2004-Ohio-395.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 3, 2004*

## MOTION AND PROCEDURAL RULINGS

**2000–1001.   State v. Scott.**
Stark C.P. 1999CR1154. Upon consideration of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States and pending the exhaustion of state post-conviction remedies,

IT IS ORDERED by the court that said motion be, and hereby is, granted.

IT IS FURTHER ORDERED by the court that compliance with the mandate and execution of sentence be, and hereby are, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

IT IS FURTHER ORDERED by the court that this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court upon a final disposition by the Supreme Court of the United States or when all proceedings for post-conviction relief before courts of this state have been exhausted, whichever occurs later.

**2003–1845.   Simpson v. Lakewood.**
Cuyahoga App. No. 82624, 2003-Ohio-4953. This cause came on for further consideration upon appellant's motion for emergency relief. Upon consideration thereof,

IT IS ORDERED by the court, that the motion be, and hereby is, denied as moot.